**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**CITY CAB COMPANY OF ORLANDO, INC., YELLOW CAB COMPANY OF ORLANDO, INC.,**

            **Plaintiffs,**

**-vs-**         **Case No. 6:05-cv-723-Orl-28KRS**

**ALL CITY YELLOW CAB, INC., et al.,**

            **Defendants.**

### ORDER OF RECUSAL

Upon the Court's own motion, based upon the Court's review of the file in this case, the undersigned Judge determines the interests of justice would be served by recusal from this case. A member of my family is a member of a law firm representing one of the parties in this case. The Clerk of Court is directed to reassign this case to another magistrate judge.

**DONE** and **ORDERED** in Orlando, Florida on May 16, 2005.

            *Karla R. Spaulding*
            KARLA R. SPAULDING
            UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties